**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>Plaintiff,<br>v.<br><br>TELESTREAM LLC,<br><br>Defendant. | C.A. NO. _______________<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Uniloc 2017 LLC ("Uniloc"), by and through the undersigned counsel, hereby brings this action and makes the following allegations of patent infringement relating to U.S. Patent Nos. 6,628,712 (the "'712 patent"), 6,895,118 (the "'118 patent"), and 6,519,005 (the "'005 patent") (collectively "the Asserted Patents") against Defendant Telestream LLC ("Telestream") and alleges as follows upon actual knowledge with respect to itself and its own acts, and upon information and belief as to all other matters.

**NATURE OF THE ACTION**

1. This is an action for patent infringement. Uniloc alleges that Telestream has infringed and/or is infringing one or more of the '712 patent, the '118 patent and the '005 patent, copies of which are attached as Exhibits A-C, respectively.

2. Uniloc alleges that Telestream directly infringes and/or has infringed the Asserted Patents by making, using, offering for sale, selling, and/or importing various products and services that: (1) dynamically switch and transcode program video and advertisement videos, (2) perform a method of coding a digital image comprising macroblocks in a binary data stream and (3) perform a method for providing content via a computer network and a computer system. Uniloc seeks damages and other relief for Bitmovin's infringement of the Asserted Patents.

## THE PARTIES

3.      Plaintiff Uniloc 2017 is a Delaware corporation with addresses at 1209 Orange Street, Wilmington Delaware, 19801 and 620 NewPort Center Drive, Newport Beach California.

4.      Upon information and belief, Telestream is a Delaware corporation with a place of business at 848 Gold Flat Rd, Nevada City, California 95959.  Telestream may be served through its registered agent at The Corporation Trust Company Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

## JURISDICTION AND VENUE

5.      This action for patent infringement arises under the Patent Laws of the United States, 35 U.S.C. § 1 et. seq.  This Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1338.

6.      This Court has both general and specific personal jurisdiction over Telestream because Telestream is a Delaware corporation that has committed acts within this District giving rise to this action and has established minimum contacts with this forum such that the exercise of jurisdiction over Telestream would not offend traditional notions of fair play and substantial justice.  Telestream, directly and through subsidiaries and intermediaries (including distributors, retailers, franchisees and others), has committed and continues to commit acts of infringement in this District by, among other things, making, using, testing, selling, importing, and/or offering for sale products that infringe the Asserted Patents.

7.      Venue is proper in this District and division under 28 U.S.C. §§1391(b)-(d) and 1400(b) because Telestream is incorporated in this District, transacts business in this District and has committed and continues to commit acts of direct and indirect infringement in this District.

**COUNT I: INFRINGEMENT OF THE '712 PATENT**

8. The allegations of paragraphs 1-7 of this Complaint are incorporated by reference as though fully set forth herein.

9. Uniloc owns by assignment the entire right, title, and interest in the '712 patent.

10. The '712 patent was issued by the United States Patent and Trademark Office on September 30, 2003 and is titled "Seamless Switching of MPEG Video Streams." A true and correct copy of the '712 patent is attached as Exhibit A.

11. Pursuant to 35 U.S.C. § 282, the '712 patent is presumed valid.

12. Invented by Koninklijke Philips Electronics, N.V., the inventions of the '712 patent were not well-understood, routine or conventional at the time of the invention. At the time of invention of the '712 patent, encoding/decoding systems included a method of switching from a first encoded video sequence to a second one. '712 patent at 1:15-19. In order to avoid underflow or overflow of the decoded buffer, transcoding of the input streams is used to shift the temporal position of the switching point and to obtain at the output of the transcoders, streams containing an identical entry point and the same decoder buffer characteristics. *Id*. at 1:19-24. This prior art method has several major drawbacks. According to the background art, the output bit rate of each transcoder is equal to its input bit rate, which makes the switching method not very flexible. *Id*. at 1:15-28. Finally, the solution of the background art is rather complex and costly to implement as the switching device needs two transcoders. *Id*. at 1:32-35.

13. The inventive solution of the claimed inventions of the '712 patent provides an improved method of switching between encoded video streams that is both flexible and easy to implement and overcomes the disadvantages of the prior art. *Id*. at 1:38-40. For example, the solution of the '712 patent allows switching from a first compressed data stream encoded at a bit rate R1 to a second compressed data stream encoded at a bit rate R2, the output stream resulting

from the switch being encoded again, using the transcoding system, at a bit rate R where R may be different from R1 and R2. *Id*. at 1:52-59. Thus, the patented solution has greater flexibility than the prior art. *Id*.

14.     A person of ordinary skill in the art reading the '712 patent and its claims would understand that the patent's disclosure and claims are drawn to solving a specific, technical problem arising in the field of video compression. In particular, the present invention relates to the technical problem involved in switching from a first compressed data input stream to a second compressed data input stream, resulting in a compressed data output stream, and is applicable, for example, to switching and editing MPEG compressed video signals. *Id*. at 1:6-12.

15.     Upon information and belief, Telestream has directly infringed at least claim 4 of the '712 patent by making, using, testing, selling, offering for sale, importing and/or licensing in the United States without authority products and services such as Telestream's Vantage media processing platform, including the Stitching media in the Vantage service that practices the method of switching from a first compressed data input stream to a second compressed data imput stream, resulting in a compressed data output stream (collectively "the `712 Accused Infringing Devices") in an exemplary manner as described below.

16.     The `712 Accused Infringing Devices stitch multiple input video and audio files together and "produces a single output file." The input files and the single output file all contain compressed video and audio data streams.



**Source:** http://www.telestream.net/vantage/overview.htm, last accessed Dec. 27, 2018.

2 | **Stitching Media in Vantage**
Synopsis

# Synopsis

Stitching media in Vantage is an easy way to process multiple, sequential input files in a workflow which produces a single output file—effectively, *stitching* them together.

Stitching is ideal for combining short clips, removing black sections, extracting sub-clips, stitching program segments together, or adding sponsorship (or black frames) in the middle of a clip. You can also use stitching for adding bumpers or trailers (or both), without resorting to a non-linear editor (NLE). A typical application is to create a thirty-minute program with a bumper, three segments with ads and a trailer, and submitting them to a workflow that combines them to produce an MPEG-2 production output file.

**Source:** "Vantage Application Note: Stitching Media in Vantage", page 2, http://www.telestream.net/pdfs/app-notes/app_Vantage_Stitch.pdf, last accessed Dec. 27, 2018.

Stitching is performed during transcoding. Vantage supports video re-wrapping (direct convert) and transcoding; both performed via a Flip action in your workflow. (Audio is not direct converted; it is always decoded and re-encoded for normalization and fade.)

**Source:** "Vantage Application Note: Stitching Media in Vantage", page 2, http://www.telestream.net/pdfs/app-notes/app_Vantage_Stitch.pdf, last accessed Dec. 27, 2018.

Alternatively, Vantage can stitch input files together while encoding the video into a different format, in the same workflow. This allows you to encode the segments into any format supported by Vantage, as configured in the workflow's Flip action. For example, three SD MPEG-2 files can be stitched, and the media then re-encoded as a Windows Media file, or an MXF file.

**Source:** "Vantage Application Note: Stitching Media in Vantage", page 2, http://www.telestream.net/pdfs/app-notes/app_Vantage_Stitch.pdf, last accessed Dec. 27, 2018.

## Supported Formats for Stitching

Vantage supports stitching of files in the following formats.

| Container | Video Essence | Audio Essence |
|---|---|---|
| MPEG2 Program Stream | MPEG-2 | PCM/LPCM/MPEG-2 Layer 1 |
| | | |
| VOD/MPEG2 Transport Stream | MPEG-2 | PCM/MPEG-2 Layer 1/Dolby E |
| | | |
| MXF OP1A | MPEG-2(SD & HD, I-Frame and Long GOP) | PCM/MPEG-2 Layer 1/Dolby E |
| | DNxHD | |
| | DV (DV, DV50, DV100) | |
| | Sony XDCam | |
| | AVC Intra | |
| | | |
| P2 MXF OPAtom | DVCProHD | PCM/MPEG-2 Layer 1/Dolby E |
| | AVC Intra | |
| | | |
| AS02 MXF | JPEG2000 | PCM/MPEG-2 Layer 1/Dolby E |
| | | |
| QuickTime MOV | DV | PCM/Dolby E |
| | DVCPro | |
| | DVCPro HD | |
| | ProRes | |
| | DNxHD | |
| | MPEG-2 | |
| | AVC Intra | |
| | | |
| GXF | MPEG-2 | PCM/Dolby E |
| | DV | |
| | DVCPro | |
| | DVCPro HD | |
| | AVCI | |

**Source:** "Vantage Application Note: Stitching Media in Vantage", page 3, http://www.telestream.net/pdfs/app-notes/app_Vantage_Stitch.pdf, last accessed Dec. 27, 2018.

17. The `712 Accused Infringing Devices buffer and store the data contained in the first and second input streams. The `712 Accused Infringing Devices provide two methods of stitching files—interactively and automatically. In both methods, the input streams are stored as input files. In interactive stitching, the input streams are also buffered and stored during the EDL (Edit Decision List) Ingest Workflow step.

Vantage provides two methods of stitching files. To stitch interactively, you use Workflow Portal, a Vantage client application that allows operators to select media (and optionally trim it) and submit an automatically-generated EDL for processing. Interactive stitching enables an operator to review each clip and optionally select mark-in and mark-out points, creating a list of media segments which is stitched together and then encoded in the same or different format, in a single, automated job process.

**Source:** "Vantage Application Note: Stitching Media in Vantage", page 2, http://www.telestream.net/pdfs/app-notes/app_Vantage_Stitch.pdf, last accessed Dec. 27, 2018.

To stitch files automatically, you create and submit an EDL file to a fully-automated stitching workflow. Examples of both methods (each of which utilize the same, specially-formatted XML file known as a *TSEDL* file) are presented in this app note.

**Source:** "Vantage Application Note: Stitching Media in Vantage", page 2, http://www.telestream.net/pdfs/app-notes/app_Vantage_Stitch.pdf, last accessed Dec. 27, 2018.

## Stitching Files Interactively

Interactive stitching uses Workflow Portal, where an operator browses a Vantage catalog and selects clips for stitching. (Optionally, the operator can also scrub clips and trim them as required).

**Source:** "Vantage Application Note: Stitching Media in Vantage", page 5, http://www.telestream.net/pdfs/app-notes/app_Vantage_Stitch.pdf, last accessed Dec. 27, 2018.

## Overview

Using Workflow Portal to perform file stitching requires two workflows: one—an EDL source ingest workflow—to encode source media intended for stitching, and register the media files in the Vantage catalog. The other—a stitching workflow—to stitch the files together and encode them into a single output file.

As the operator assembles each file, an EDL is automatically being created. The operator then submits the resulting EDL to the stitching workflow for processing.

**Source:** "Vantage Application Note: Stitching Media in Vantage", page 5, http://www.telestream.net/pdfs/app-notes/app_Vantage_Stitch.pdf, last accessed Dec. 27, 2018.

## Stitching Files Using a TSEDL File

In addition to stitching files using Workflow Portal, you can also stitch files by creating and submitting a Telestream EDL (TSEDL) file directly to a stitching workflow, to be automatically processed—without operator intervention. Before submitting a TSEDL for processing, you must first create and format the XML file correctly, and provide it with a *.tsedl* extension. These files can be created (and submitted) manually or programmatically.

You submit a TSEDL file like a media file—by dropping it into a folder monitored by the Watch action in a stitching workflow, or by submitting it manually or with an SDK-based program to perform job submission.

**Source:** "Vantage Application Note: Stitching Media in Vantage", page 17, http://www.telestream.net/pdfs/app-notes/app_Vantage_Stitch.pdf, last accessed Dec. 27, 2018.

## Sample TSEDL File

```
<?xml version="1.0" encoding="utf-8"?>
<VantagePlayList>
  <Name>NewEdlClip</Name>
  <File uuid="fe364478-116e-47d1-b692" path="d:\EDL\clip1.mxf"/>
  <File uuid="9E04A0DC-5E4D-4d7d-B015" path="d:\EDL\clip2.mxf"/>
  <EDL>
    <AudioFade name="Parameters" duration = "100" type = "cross"/>
    <Edit type="file" sequence="0" timecode_in="12:55:04:03@25"
      timecode_out="12:55:05:08@25" markin="700" markout="1300"
      file="fe364478-116e-47d1-b692">
      <ChannelMap>
        <Channel>
          <Source>2</Source>
          <Output>1</Output>
        </Channel>
        <Channel>
          <Source>SILENT</Source>
          <Output>2</Output>
        </Channel>
      </ChannelMap>
    </Edit>
  </EDL>
</VantagePlayList>
```

**Source:** "Vantage Application Note: Stitching Media in Vantage", page 18, http://www.telestream.net/pdfs/app-notes/app_Vantage_Stitch.pdf, last accessed Dec. 27, 2018.

18. The `712 Accused Infringing Devices control the storage of the input streams in the buffer system in order to switch, at a switch request, from the first input stream to the second input stream. As explained above, the `712 Accused Infringing Devices provide two methods of stitching files—interactively and automatically. In both methods, the mark-in point can be scheduled to switch from the first input stream to the second input stream, and if desired by the user, the mark-out point can be scheduled to switch from the second input stream back to the first input stream.

Vantage provides two methods of stitching files. To stitch interactively, you use Workflow Portal, a Vantage client application that allows operators to select media (and optionally trim it) and submit an automatically-generated EDL for processing. Interactive stitching enables an operator to review each clip and optionally select mark-in and mark-out points, creating a list of media segments which is stitched together and then encoded in the same or different format, in a single, automated job process.

**Source:** "Vantage Application Note: Stitching Media in Vantage", page 2, http://www.telestream.net/pdfs/app-notes/app_Vantage_Stitch.pdf, last accessed Dec. 27, 2018.

## Sample TSEDL File

```
<?xml version="1.0" encoding="utf-8"?>
<VantagePlayList>
  <Name>NewEdlClip</Name>
  <File uuid="fe364478-116e-47d1-b692" path="d:\EDL\clip1.mxf"/>
  <File uuid="9E04A0DC-5E4D-4d7d-B015" path="d:\EDL\clip2.mxf"/>
  <EDL>
    <AudioFade name="Parameters" duration = "100" type = "cross"/>
    <Edit type="file" sequence="0" timecode_in="12:55:04:03@25"
      timecode_out="12:55:05:08@25" markin="700" markout="1300"
      file="fe364478-116e-47d1-b692">
```

**Source:** "Vantage Application Note: Stitching Media in Vantage", page 18, http://www.telestream.net/pdfs/app-notes/app_Vantage_Stitch.pdf, last accessed Dec. 27, 2018.

## TSEDL Schema

**markIn**. Specify the integer value of the mark-in frame, inclusive. Counting starts at 0, not 1.

**markout**. Specify the integer value of the mark-out frame, exclusive.

**Source:** "Vantage Application Note: Stitching Media in Vantage", page 19, http://www.telestream.net/pdfs/app-notes/app_Vantage_Stitch.pdf, last accessed Dec. 27, 2018.

19. The `712 Accused Infringing Devices provide a transcoding system for switching input files that are of different formats to each other or of a different format from the desired output stream.

Stitching is performed during transcoding. Vantage supports video re-wrapping (direct convert) and transcoding; both performed via a Flip action in your workflow. (Audio is not direct converted; it is always decoded and re-encoded for normalization and fade.)

**Source:** "Vantage Application Note: Stitching Media in Vantage", page 2, http://www.telestream.net/pdfs/app-notes/app_Vantage_Stitch.pdf, last accessed Dec. 27, 2018.

Alternatively, Vantage can stitch input files together while encoding the video into a different format, in the same workflow. This allows you to encode the segments into any format supported by Vantage, as configured in the workflow's Flip action. For example, three SD MPEG-2 files can be stitched, and the media then re-encoded as a Windows Media file, or an MXF file.

**Source:** "Vantage Application Note: Stitching Media in Vantage", page 2, http://www.telestream.net/pdfs/app-notes/app_Vantage_Stitch.pdf, last accessed Dec. 27, 2018.

# Supported Formats for Stitching

Vantage supports stitching of files in the following formats.

| Container | Video Essence | Audio Essence |
|---|---|---|
| MPEG2 Program Stream | MPEG-2 | PCM/LPCM/MPEG-2 Layer 1 |
| | | |
| VOD/MPEG2 Transport Stream | MPEG-2 | PCM/MPEG-2 Layer 1/Dolby E |
| | | |
| MXF OP1A | MPEG-2(SD & HD, I-Frame and Long GOP) | PCM/MPEG-2 Layer 1/Dolby E |
| | DNxHD | |
| | DV (DV, DV50, DV100) | |
| | Sony XDCam | |
| | AVC Intra | |
| | | |
| P2 MXF OPAtom | DVCProHD | PCM/MPEG-2 Layer 1/Dolby E |
| | AVC Intra | |
| | | |
| AS02 MXF | JPEG2000 | PCM/MPEG-2 Layer 1/Dolby E |
| | | |
| QuickTime MOV | DV | PCM/Dolby E |
| | DVCPro | |
| | DVCPro HD | |
| | ProRes | |
| | DNxHD | |
| | MPEG-2 | |
| | AVC Intra | |
| | | |
| GXF | MPEG-2 | PCM/Dolby E |
| | DV | |
| | DVCPro | |
| | DVCPro HD | |
| | AVCI | |

**Source:** "Vantage Application Note: Stitching Media in Vantage", page 3, http://www.telestream.net/pdfs/app-notes/app_Vantage_Stitch.pdf, last accessed Dec. 27, 2018.

**11.** Specify the following:

Encoder—*QuickTime*

Video Stream—*H.264*

Input media file nickname—*Original*

Output media file nickname—*Vantage Proxy*.

The nickname *Vantage Proxy* is assigned, so that Workflow Portal can identify which version of media in the binder should be displayed in the proxy player.

No configuration is required for this example. In your own workflow, configure as required.

**Source:** "Vantage Application Note: Stitching Media in Vantage", page 9, http://www.telestream.net/pdfs/app-notes/app_Vantage_Stitch.pdf, last accessed Dec. 27, 2018.

20. The video codecs in the `712 Accused Infringing Devices, such as the AVC/H.264 codec, control occupancy of the encoded bit stream buffer by feedback to DCT coefficient quantization as part of rate control and rate distortion optimization in the video encoders.

**Source:** https://www.researchgate.net/figure/Rate-control-structure-of-H264-AVC-JM-

reference-model_fig1_260585793, last accessed Oct. 1, 2018.

21. Telestream has thus infringed at least claim 4 of the ’712 patent by making, using, testing, selling, offering for sale, importing and/or licensing the `712 Accused Infringing Devices, and operating them such that all steps of at least claim 4 are performed.

22. Telestream’s acts of direct infringement have caused damage to Uniloc, and Uniloc is entitled to recover damages sustained as a result of Telestream’s wrongful acts in an amount subject to proof at trial.

**COUNT II: INFRINGEMENT OF THE ’118 PATENT**

23. The allegations of paragraphs 1-7 of this Complaint are incorporated by reference as though fully set forth herein.

24. The ’118 patent, titled “Method Of Coding Digital Image Based on Error Concealment,” issued on May 17, 2005. A copy of the ’118 patent is attached as Exhibit B.

25. Pursuant to 35 U.S.C. § 282, the ’118 patent is presumed valid.

26. Invented by Koninklijke Philips Electronics N.V., the inventions of the ’118 patent were not well-understood, routine or conventional at the time of the invention. The specification discloses previous work done to reduce the amount data required to send a video stream by intentionally dropping certain image blocks, and then concealing the lost blocks through the use of spatial interpolation. ’118 patent at 1:14-32. The publication referenced in the specification describes how a JPEG coder can be modified to intentionally drop image blocks that can be reasonably reconstructed from neighboring transmitted blocks. The schemes described therein achieved data reduction by replacing dropped blocks with constant value blocks, or by modifying block addressing information to communicate the addresses of the dropped blocks. *Id.* at 1:21-32.

27. The inventors observed that block information could be dropped altogether, simulating lost data in the video stream, but for the synchronization issues such data dropping can

cause at the decoder.  MPEG-4, a more modern coding standard than JPEG or MPEG-1, contained a new mechanism to recover from lost data through periodically inserted resynchronization markers.  *Id.*at 1:35-42.  One aspect of the invention was to selectively combine block dropping with resynchronization markers to enable more efficient compression.  The inventors include a step in their invention to evaluate the potential data savings of dropping a block or blocks relative to the overhead of the resynchronization markers.  *Id.* At 2:11-27.  In addition to spatial reconstruction of dropped blocks, the inventors furthermore incorporated the additional mechanism of temporal interpolation to support reconstruction of dropped blocks, using motion vector information from neighboring blocks.  *Id.* at 3:19-28.

28.     A person of ordinary skill in the art reading the '118 patent and its claims would understand that the patent's disclosure and claims are drawn to solving a specific, technical problem arising in achieving more efficient video compression.  Moreover, a person of ordinary skill in the art would understand that the claimed subject matter of the '118 patent presents advancements in the field of digital image coding.  And, as detailed by the specification, the prior tools for reducing compressed video data rates was such that a new and novel approach was required.

29.     In light of the foregoing, a person of ordinary skill in the art would understand that claim 1 of the '118 patent is directed to a method of coding a digital image comprising macroblocks in a binary data stream.  *Id.* at 8:2-3.  Moreover, a person of ordinary skill in the art would understand that claim 1 of the '118 patent contains the inventive concept of (1) an estimation step, for macroblocks, of a capacity to be reconstructed via an error concealment method, (2) a decision step for macroblocks to be excluded from the coding, a decision to exclude a macroblock from coding being made on the basis of the capacity of such macroblock to be reconstructed, and (3) a

step of inserting a resynchronization marker into the binary data stream after the exclusion of one or more macroblocks.  *Id.* at 8:4-12.

30.     Upon information and belief, Telestream makes, uses, offers for sale, and/or sells in the United States and/or imports into the United States encoding products and services such as the Telestream Vantage IPTV VOD, Vantage Transcode Multiscreen and others that use H.264 (AVC) streams for coding video data (digital images) including macroblocks embedded in a binary stream (collectively the "`118 Accused Infringing Devices").

31.     Upon information and belief, the `118 Accused Infringing Devices infringe at least claim 1 in the exemplary manner described below.

32.     The `118 Accused Infringing Devices use H.264 (AVC) streams for coding video data (digital images) including macroblocks embedded in a binary stream.

33.     H.264 is a widely used video compression format with decoder support on web browsers, TVs and other consumer devices. Moreover, H.264 codes digital images comprising macroblock streams.

34.     The `118 Accused Infringing Devices receive input video streams which are then encoded and/or transcoded using at least the H.264 standard.  This is a widely used video compression format with decoder support on web browsers, TVs and other consumer devices. Moreover, H.264 uses motion compressor and estimator for motion coding video streams.

**Telestream encodes video streams using H.264 encoders**

Telestream Vantage Transcode IPTV VOD allows you to achieve the highest possible quality at the lowest bit rates. With GPU accelerated transcoding, integration of x264 H.264 and x265 HEVC encoding technology, and Manzanita Transport Stream multiplexing, Transcode IPTV VOD offers a complete solution to automate transcoding for IPTV and Cable VOD production.

**Source:** https://www.telestream.net/vantage/vantage-iptv-vod.htm

Vantage Transcode Multiscreen is the only transcoding solution which combines the quality of x264, GPU acceleration, and complete workflow automation for multiscreen encoding. Transcode Multiscreen can automate the entire process of creating adaptive bitrate packages, including content ingest, transcoding, packaging, encryption, delivery and notification.

Vantage Transcode Multiscreen allows you to:

- Convert directly from a wide variety of source formats
- Increase quality, reduce bit rate and CDN distribution costs with x264 H.264 encoding
- Achieve super-fast encoding with highly efficient multi-rate encoding and GPU acceleration
- Automatically package files for Apple HLS, Adobe Dynamic Streaming, Microsoft Smooth Streaming, MPEG DASH and Mp4 progressive downloads
- Deliver final files directly to CDN and on-premise origin servers
- Provide real-time visibility and hands-free publishing

## Higher Quality, Lower Bit Rates with X264

x264 is widely regarded as the industry leading H.264 encoding technology. Independent studies have shown x264 capable of reducing bit rate requirements by 50%, without sacrificing quality, when compared with other H.264 encoders. Transcode Multiscreen allows GPU acceleration of x264 encoding for high quality with exceptional transcoding speed.

**Source:** https://www.telestream.net/vantage/vantage-multiscreen.htm

> This Recommendation | International Standard was developed in response to the growing need for higher compression of moving pictures for various applications such as videoconferencing, digital storage media, television broadcasting, internet streaming, and communication. It is also designed to enable the use of the coded video representation in a flexible manner for a wide variety of network environments. The use of this Recommendation | International Standard allows motion video to be manipulated as a form of computer data and to be stored on various storage media, transmitted and received over existing and future networks and distributed on existing and future broadcasting channels.

**Source**: https://www.itu.int/rec/T-REC-H.264-201704-I/en , p. i

> As in previous video coding Recommendations and International Standards, a macroblock, consisting of a 16x16 block of luma samples and two corresponding blocks of chroma samples, is used as the basic processing unit of the video decoding process.
>
> A macroblock can be further partitioned for inter prediction. The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the quantity

**Source:** https://www.itu.int/rec/T-REC-H.264-201704-I/en, section 0.6.3

> **Annex B**
>
> **Byte stream format**
>
> (This annex forms an integral part of this Recommendation | International Standard.)
>
> This annex specifies syntax and semantics of a byte stream format specified for use by applications that deliver some or all of the NAL unit stream as an ordered stream of bytes or bits within which the locations of NAL unit boundaries need to be identifiable from patterns in the data, such as Rec. ITU-T H.222.0 | ISO/IEC 13818-1 systems or Rec. ITU-T H.320 systems. For bit-oriented delivery, the bit order for the byte stream format is specified to start with the MSB of the first byte, proceed to the LSB of the first byte, followed by the MSB of the second byte, etc.

**Source**: https://www.itu.int/rec/T-REC-H.264-201704-I/en, Annex B

35. H.264 coding in the `118 Accused Infringing Devices supports skipped macroblocks. Before a macroblock is coded, an estimation is made of whether that macroblock can be reconstructed with an error concealment method by examining its motion characteristics and checking to see that the resulting prediction contains no non-zero (i.e. all zero) quantized transform coefficients. This estimation provides an indication of the capacity for the macroblock to be reconstructed from properties of neighboring macroblocks, allowing the missing block to be concealed by inferring its properties.

Skipped Mode:
In addition to the macroblock modes described above, a P-slice macroblock can also be coded in the so-called skip mode. If a macroblock has motion characteristics that allow its motion to be effectively predicted from the motion of neighboring macroblocks, and it contains no non-zero quantized transform coefficients, then it is flagged as skipped. For this mode, neither a quantized prediction error signal nor a motion vector or reference index parameter are transmitted. The reconstructed signal is computed in a manner similar to the prediction of a macroblock with partition size 16 × 16 and fixed reference picture index equal to 0. In contrast to previous video coding standards, the motion vector used for reconstructing a skipped macroblock is inferred from motion properties of neighboring macroblocks rather than being inferred as zero (i.e., no motion).

**Source:** http://mrutyunjayahiremath.blogspot.com/2010/09/h264-inter-predn.html

36. The H.264 encoders in the `118 Accused Infringing Devices perform a decision step to determine if a macroblock should be excluded from coding (skipped), with the decision to exclude made on the basis of its capacity to be reconstructing by inferring its motion properties from neighboring macroblocks and based on all zero quantized transform coefficients.

Skipped Mode:
In addition to the macroblock modes described above, a P-slice macroblock can also be coded in the so-called skip mode. If a macroblock has motion characteristics that allow its motion to be effectively predicted from the motion of neighboring macroblocks, and it contains no non-zero quantized transform coefficients, then it is flagged as skipped. For this mode, neither a quantized prediction error signal nor a motion vector or reference index parameter are transmitted. The reconstructed signal is computed in a manner similar to the prediction of a macroblock with partition size 16 × 16 and fixed reference picture index equal to 0. In contrast to previous video coding standards, the motion vector used for reconstructing a skipped macroblock is inferred from motion properties of neighboring macroblocks rather than being inferred as zero (i.e., no motion).

**Source:** http://mrutyunjayahiremath.blogspot.com/2010/09/h264-inter-predn.html

37. The skipped macroblocks are communicated with an mb_skip_flag = 1 (resynchronization marker at the point where the macroblocks are not coded (skipped)) in the binary data stream.

**3.139** **skipped macroblock**: A *macroblock* for which no data is coded other than an indication that the *macroblock* is to be decoded as "skipped". This indication may be common to several *macroblocks*.

**Source**: https://www.itu.int/rec/T-REC-H.264-201704-I/en, p13

| | |
|---|---|
| **3.139** | **skipped macroblock**: A *macroblock* for which no data is coded other than an indication that the *macroblock* is to be decoded as "skipped". This indication may be common to several *macroblocks*. |

**Source:** https://www.itu.int/rec/T-REC-H.264-201704-I/en, p13

**Source:** https://www.safaribooksonline.com/library/view/the-h264 advanced/9780470516928/ch05.html#macroblock_layer

38. Telestream has thus infringed at least claim 1 of the '118 patent by making, using, testing, selling, offering for sale, importing and/or licensing the `118 Accused Infringing Devices, and operating them such that all steps of at least claim 1 are performed.

39. Telestream's acts of direct infringement have caused damage to Uniloc, and Uniloc is entitled to recover damages sustained as a result of Telestream's wrongful acts in an amount subject to proof at trial.

**COUNT III: INFRINGEMENT OF THE '005 PATENT**

40. The allegations of paragraphs 1-7 of this Complaint are incorporated by reference as though fully set forth herein.

41.     The '005 patent, titled "Method of Concurrent Multiple-Mode Motion Estimation For Digital Video," issued on February 11, 2003.  A copy of the '005 patent is attached as Exhibit C.

42.     Pursuant to 35 U.S.C. § 282, the '005 patent is presumed valid.

43.     Invented by Koninklijke Philips Electronics N.V., the inventions of the '005 patent were not well-understood, routine or conventional at the time of the invention.  At the time of invention of the '005 patent, different compression algorithms had been developed for digitally encoding video and audio information (hereinafter referred to generically as "digital video data stream") in order to minimize the bandwidth required to transmit this digital video data stream for a given picture quality.  '005 patent at 1:12-17.  Several multimedia specification committees established and proposed standards for encoding/compressing and decoding/decompressing audio and video information.  The most widely accepted international standards have been proposed by the Moving Pictures Expert Group (MPEG).  *Id*. at 1:17-22.  Video coding, such as MPEG coding, involves a number of steps.  In general, in accordance with the MPEG standards, the audio and video data comprising a multimedia data stream (or "bit stream") are encoded/compressed in an intelligent manner using a compression technique generally known as "motion coding."  *Id*. at 1:41-45.  More particularly, rather than transmitting each video frame in its entirety, MPEG uses motion estimation for only those parts of sequential pictures that vary due to motion, where possible.  *Id*. at 1:45-48.  In general, the picture elements or "pixels" of a picture are specified relative to those of a previously transmitted reference or "anchor" picture using differential or "residual" video, as well as so-called "motion vectors" that specify the location of a 16-by-16 array of pixels or "macroblock" within the current picture relative to its original location within the anchor picture.   *Id*. at 1:48-55.  Computation of the motion vector(s) for a given macroblock

involves an exhaustive search procedure that is very computationally intensive. *Id*. at 3:25-39. It was desirable at the time of the invention to improve this process. *Id*. at 3:40-67.

44. The inventive solution of the claimed inventions of the '005 patent provides a system and method for digital video compression, and, more particularly, to a motion estimation method and search engine for a digital video encoder that is simpler, faster, and less expensive than prior art technology, and that permits concurrent motion estimation using multiple prediction modes. *Id*. at 1:6-11.

45. A person of ordinary skill in the art reading the '005 patent and its claims would understand that the patent's disclosure and claims are drawn to solving a specific, technical problem arising in the field of digital video compression. *Id*. Moreover, a person of ordinary skill in the art would understand that the claimed subject matter of the '005 patent presents advancements in the field of digital video compression, and more particularly to a motion estimation method and search engine for a digital video encoder that is simpler, faster, and less expensive than prior art technology, and that permits concurrent motion estimation using multiple prediction modes. *Id.*

46. In light of the foregoing, a person of ordinary skill in the art would understand that claim 1 of the '005 patent is directed to a method for motion coding an uncompressed digital video data stream, which provides concurrent motion estimation using multiple prediction modes. Moreover, a person of ordinary skill in the art would understand that claim 1 of the '005 patent contains that corresponding inventive concept.

47. Upon information and belief, Telestream makes, uses, offers for sale, and/or sells in the United States and/or imports into the United States products and services such as its Telestream Vantage IPTV VOD, Vantage Transcode Multiscreen and others that practice a method

for motion coding an uncompressed digital video data stream (collectively the "`005 Accused Infringing Devices").

48. Upon information and belief, the `005 Accused Infringing Devices infringe at least claim 1 in the exemplary manner described below.

49. The `005 Accused Infringing Devices use H.264 (AVC) streams for coding uncompressed digital video data and provide a method for motion coding an uncompressed digital video data stream. The H.264 standard is a widely used video compression format with decoder support on web browsers, TVs and other consumer devices. Moreover, H.264 uses motion compressor and estimator for motion coding video streams.

**Telestream encodes video streams using H.264 encoders**

Telestream Vantage Transcode IPTV VOD allows you to achieve the highest possible quality at the lowest bit rates. With GPU accelerated transcoding, integration of x264 H.264 and x265 HEVC encoding technology, and Manzanita Transport Stream multiplexing, Transcode IPTV VOD offers a complete solution to automate transcoding for IPTV and Cable VOD production.

**Source:** https://www.telestream.net/vantage/vantage-iptv-vod.htm

Vantage Transcode Multiscreen is the only transcoding solution which combines the quality of x264, GPU acceleration, and complete workflow automation for multiscreen encoding. Transcode Multiscreen can automate the entire process of creating adaptive bitrate packages, including content ingest, transcoding, packaging, encryption, delivery and notification.



Vantage Transcode Multiscreen allows you to:

- Convert directly from a wide variety of source formats
- Increase quality, reduce bit rate and CDN distribution costs with x264 H.264 encoding
- Achieve super-fast encoding with highly efficient multi-rate encoding and GPU acceleration
- Automatically package files for Apple HLS, Adobe Dynamic Streaming, Microsoft Smooth Streaming, MPEG DASH and Mp4 progressive downloads
- Deliver final files directly to CDN and on-premise origin servers
- Provide real-time visibility and hands-free publishing

### Higher Quality, Lower Bit Rates with X264

x264 is widely regarded as the industry leading H.264 encoding technology. Independent studies have shown x264 capable of reducing bit rate requirements by 50%, without sacrificing quality, when compared with other H.264 encoders. Transcode Multiscreen allows GPU acceleration of x264 encoding for high quality with exceptional transcoding speed.

**Source:** https://www.telestream.net/vantage/vantage-multiscreen.htm

## H.264 Uses Predictive Coding

### 0.6   Overview of the design characteristics

This subclause does not form an integral part of this Recommendation | International Standard.

The coded representation specified in the syntax is designed to enable a high compression capability for a desired image quality. With the exception of the transform bypass mode of operation for lossless coding in the High 4:4:4 Intra, CAVLC 4:4:4 Intra, and High 4:4:4 Predictive profiles, and the I_PCM mode of operation in all profiles, the algorithm is typically not lossless, as the exact source sample values are typically not preserved through the encoding and decoding processes. A number of techniques may be used to achieve highly efficient compression. Encoding algorithms (not specified in this Recommendation | International Standard) may select between inter and intra coding for block-shaped regions of each picture. Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures. Intra coding uses various spatial prediction modes to exploit spatial statistical dependencies in the source signal for a single picture. Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture. The prediction residual is then further compressed using a transform to remove spatial correlation inside the transform block before it is quantised, producing an irreversible process that typically discards less important visual information while forming a close approximation to the source samples. Finally, the motion vectors or intra prediction modes are combined with the quantised transform coefficient information and encoded using either variable length coding or arithmetic coding.

**0.6.1 Predictive coding**

This subclause does not form an integral part of this Recommendation | International Standard.

Because of the conflicting requirements of random access and highly efficient compression, two main coding types are specified. Intra coding is done without reference to other pictures. Intra coding may provide access points to the coded sequence where decoding can begin and continue correctly, but typically also shows only moderate compression efficiency. Inter coding (predictive or bi-predictive) is more efficient using inter prediction of each block of sample values from some previously decoded picture selected by the encoder. In contrast to some other video coding standards, pictures coded using bi-predictive inter prediction may also be used as references for inter coding of other pictures.

The application of the three coding types to pictures in a sequence is flexible, and the order of the decoding process is generally not the same as the order of the source picture capture process in the encoder or the output order from the decoder for display. The choice is left to the encoder and will depend on the requirements of the application. The

decoding order is specified such that the decoding of pictures that use inter-picture prediction follows later in decoding order than other pictures that are referenced in the decoding process.

**Source:** H.264 Standard (03-2010) at pp. 3-4

**Source:** https://courses.cs.washington.edu/courses/csep590a/07au/lectures/rahullarge.pdf

50. The `005 Accused Infringing Devices provide a method for comparing pixels of a first pixel array (e.g., a macroblock) in a picture currently being coded with pixels of a plurality of second pixel arrays in at least one reference picture and concurrently performing motion estimation for each of a plurality of different prediction modes in order to determine which of the prediction modes is an optimum prediction mode.

51. H.264 uses different motion estimation modes in inter-frame prediction. These modes are commonly referred to as inter-frame prediction modes or inter modes. Each inter mode

involves partitioning the current macroblock into a different combination of sub blocks and selecting the optimum motion vector for the current macroblock based on the partition. The inter-frame prediction modes, or inter modes, can be further categorized by the number and position of the reference frames, as well as the choice of integer pixel, half pixel and quarter pixel values in motion estimation.  The TeleStream H.264 encoders concurrently perform motion estimation of a macroblock for all inter-modes and select the most optimum prediction mode with least rate distortion cost.



**Source:** https://courses.cs.washington.edu/courses/csep590a/07au/lectures/rahullarge.pdf, p. 30

52.     H.264 provides a hierarchical way to partition a macroblock, with the available partitions shown in the following two figures. An exemplary inter-frame prediction mode, or inter mode, can be for a macroblock to be partitioned to encompass a 16x8 sub block on the left, and two 8x8 sub blocks on the right.

**Macroblock partitions for inter-frame prediction modes**

**Source:** https://courses.cs.washington.edu/courses/csep590a/07au/lectures/rahullarge.pdf, p. 4

**H.264 provides macroblock partitions for inter-frame prediction modes**

**Figure 6-9 – Macroblock partitions, sub-macroblock partitions, macroblock partition scans, and sub-macroblock partition scans**

**Source:** H.264 Standard (03-2010) at p. 26

53. The optimum prediction mode as chosen for the current macroblock is embedded in the compressed bit stream of H.264, as shown in the following two syntaxes.

## Macroblock prediction syntax in H.264

**7.3.5.1 Macroblock prediction syntax**

| mb_pred( mb_type ) { | **C** | **Descriptor** |
|---|---|---|
| if( MbPartPredMode( mb_type, 0 ) = = Intra_4x4 \|\| MbPartPredMode( mb_type, 0 ) = = Intra_16x16 ) { | | |
| if( MbPartPredMode( mb_type, 0 ) = = Intra_4x4 ) | | |
| for( luma4x4BlkIdx=0; luma4x4BlkIdx<16; luma4x4BlkIdx++ ) { | | |
| **prev_intra4x4_pred_mode_flag**[ luma4x4BlkIdx ] | 2 | u(1) \| ae(v) |
| if( !prev_intra4x4_pred_mode_flag[ luma4x4BlkIdx ] ) | | |
| **rem_intra4x4_pred_mode**[ luma4x4BlkIdx ] | 2 | u(3) \| ae(v) |
| } | | |
| **intra_chroma_pred_mode** | 2 | ue(v) \| ae(v) |
| } else if( MbPartPredMode( mb_type, 0 ) != Direct ) { | | |
| for( mbPartIdx = 0; mbPartIdx < NumMbPart( mb_type ); mbPartIdx++) | | |
| if( ( num_ref_idx_l0_active_minus1 > 0 \|\| mb_field_decoding_flag ) && MbPartPredMode( mb_type, mbPartIdx ) != Pred_L1 ) | | |
| **ref_idx_l0**[ mbPartIdx ] | 2 | te(v) \| ae(v) |
| for( mbPartIdx = 0; mbPartIdx < NumMbPart( mb_type ); mbPartIdx++) | | |
| if( ( num_ref_idx_l1_active_minus1 > 0 \|\| mb_field_decoding_flag ) && MbPartPredMode( mb_type, mbPartIdx ) != Pred_L0 ) | | |
| **ref_idx_l1**[ mbPartIdx ] | 2 | te(v) \| ae(v) |
| for( mbPartIdx = 0; mbPartIdx < NumMbPart( mb_type ); mbPartIdx++) | | |
| if( MbPartPredMode ( mb_type, mbPartIdx ) != Pred_L1 ) | | |
| for( compIdx = 0; compIdx < 2; compIdx++ ) | | |
| **mvd_l0**[ mbPartIdx ][ 0 ][ compIdx ] | 2 | se(v) \| ae(v) |
| for( mbPartIdx = 0; mbPartIdx < NumMbPart( mb_type ); mbPartIdx++) | | |
| if( MbPartPredMode( mb_type, mbPartIdx ) != Pred_L0 ) | | |
| for( compIdx = 0; compIdx < 2; compIdx++ ) | | |
| **mvd_l1**[ mbPartIdx ][ 0 ][ compIdx ] | 2 | se(v) \| ae(v) |
| } | | |
| } | | |

**Source:** H.264 Standard (03-2010) at p. 57

**Sub-macroblock prediction syntax in H.264**

**7.3.5.2 Sub-macroblock prediction syntax**

| sub_mb_pred( mb_type ) { | C | Descriptor |
|---|---|---|
| for( mbPartIdx = 0; mbPartIdx < 4; mbPartIdx++ ) | | |
| **sub_mb_type**[ mbPartIdx ] | 2 | ue(v) \| ae(v) |
| for( mbPartIdx = 0; mbPartIdx < 4; mbPartIdx++ ) | | |
| if( ( num_ref_idx_l0_active_minus1 > 0 \|\| mb_field_decoding_flag ) && mb_type != P_8x8ref0 && sub_mb_type[ mbPartIdx ] != B_Direct_8x8 && SubMbPredMode( sub_mb_type[ mbPartIdx ] ) != Pred_L1 ) | | |
| **ref_idx_l0**[ mbPartIdx ] | 2 | te(v) \| ae(v) |
| for( mbPartIdx = 0; mbPartIdx < 4; mbPartIdx++ ) | | |
| if( (num_ref_idx_l1_active_minus1 > 0 \|\| mb_field_decoding_flag ) && sub_mb_type[ mbPartIdx ] != B_Direct_8x8 && SubMbPredMode( sub_mb_type[ mbPartIdx ] ) != Pred_L0 ) | | |
| **ref_idx_l1**[ mbPartIdx ] | 2 | te(v) \| ae(v) |
| for( mbPartIdx = 0; mbPartIdx < 4; mbPartIdx++ ) | | |
| if( sub_mb_type[ mbPartIdx ] != B_Direct_8x8 && SubMbPredMode( sub_mb_type[ mbPartIdx ] ) != Pred_L1 ) | | |
| for( subMbPartIdx = 0; subMbPartIdx < NumSubMbPart( sub_mb_type[ mbPartIdx ] ); subMbPartIdx++) | | |
| for( compIdx = 0; compIdx < 2; compIdx++ ) | | |
| **mvd_l0**[ mbPartIdx ][ subMbPartIdx ][ compIdx ] | 2 | se(v) \| ae(v) |
| for( mbPartIdx = 0; mbPartIdx < 4; mbPartIdx++ ) | | |
| if( sub_mb_type[ mbPartIdx ] != B_Direct_8x8 && SubMbPredMode( sub_mb_type[ mbPartIdx ] ) != Pred_L0 ) | | |
| for( subMbPartIdx = 0; subMbPartIdx < NumSubMbPart( sub_mb_type[ mbPartIdx ] ); subMbPartIdx++) | | |
| for( compIdx = 0; compIdx < 2; compIdx++ ) | | |
| **mvd_l1**[ mbPartIdx ][ subMbPartIdx ][ compIdx ] | 2 | se(v) \| ae(v) |
| } | | |

**Source:** H.264 Standard (03-2010) at p. 58

54. The `005 Accused Infringing Devices provide a method for determining which of the second pixel arrays (e.g., macroblock) constitutes a best match with respect to the first pixel array (e.g., macroblock) for the optimum prediction mode.



Fig. 2.4: Motion estimation. For each MB the best matching block in the reference frame is found. The encoder codes the differences (errors) between the MBs and their best matching blocks. Arrows indicate motion vectors and are labeled by the vector coordinates. In this example the shapes are identical but their colors are slightly larger/darker.

**Source:** B. Juurlink et al., Scalable Parallel Programming Applied to H.264, Chapter 2: Understanding the Application: An Overview of the H.264 Standard, p. 12

55. For example, the encoder performs mode decision to select the most optimum prediction mode with least rate distortion cost.

**Macroblock layer semantics**

The following semantics are assigned to the macroblock types in Table 7-13:

– P_L0_16x16: the samples of the macroblock are predicted with one luma macroblock partition of size 16x16 luma samples and associated chroma samples.

– P_L0_L0_MxN, with MxN being replaced by 16x8 or 8x16: the samples of the macroblock are predicted using two luma partitions of size MxN equal to 16x8, or two luma partitions of size MxN equal to 8x16, and associated chroma samples, respectively.

– P_8x8: for each sub-macroblock an additional syntax element (sub_mb_type[ mbPartIdx ] with mbPartIdx being the macroblock partition index for the corresponding sub-macroblock) is present in the bitstream that specifies the type of the corresponding sub-macroblock (see subclause 7.4.5.2).

– P_8x8ref0: has the same semantics as P_8x8 but no syntax element for the reference index (ref_idx_l0[ mbPartIdx ] with mbPartIdx = 0..3) is present in the bitstream and ref_idx_l0[ mbPartIdx ] shall be inferred to be equal to 0 for all sub-macroblocks of the macroblock (with indices mbPartIdx = 0..3).

– P_Skip: no further data is present for the macroblock in the bitstream.

**Source:** H.264 Standard (03-2010), p. 100



**Mode Decision**

**Source:** https://courses.cs.washington.edu/courses/csep590a/07au/lectures/rahullarge.pdf, p. 30

56. The `005 Accused Infringing Devices provide a method for generating a motion vector for the first pixel array in response to the determining step. The encoder calculates the appropriate motion vectors and other data elements represented in the video data stream.

Fig. 2.4: Motion estimation. For each MB the best matching block in the reference frame is found. The encoder codes the differences (errors) between the MBs and their best matching blocks. Arrows indicate motion vectors and are labeled by the vector coordinates. In this example the shapes are identical but their colors are slightly larger/darker.

**Source:** B. Juurlink et al., Scalable Parallel Programming Applied to H.264, Chapter 2: Understanding the Application: An Overview of the H.264 Standard, p. 12

**Motion Vector Derivation is described below**

1. The derivation process for motion vector components and reference indices as specified in subclause 8.4.1 is invoked.

Inputs to this process are:

– a macroblock partition mbPartIdx,

– a sub-macroblock partition subMbPartIdx.

Outputs of this process are:

– luma motion vectors mvL0 and mvL1 and when ChromaArrayType is not equal to 0, the chroma motion vectors mvCL0 and mvCL1

– reference indices refIdxL0 and refIdxL1

– prediction list utilization flags predFlagL0 and predFlagL1

– the sub-macroblock partition motion vector count subMvCnt.

**Source:** H.264 Standard (03-2010), p. 151

**H.264 Encoder Block Diagram**

**Source:** https://courses.cs.washington.edu/courses/csep590a/07au/lectures/rahullarge.pdf, p. 2

57. Telestream has thus infringed at least claim 1 of the ’005 patent by making, using, testing, selling, offering for sale, importing and/or licensing the `005 Accused Infringing Devices, and operating them such that all steps of at least claim 1 are performed.

58. Telestream's acts of direct infringement have caused damage to Uniloc, and Uniloc is entitled to recover damages sustained as a result of Telestream's wrongful acts in an amount subject to proof at trial.

**PRAYER FOR RELIEF**

WHEREFORE, Uniloc respectfully requests the following relief:

A. A judgment that Telestream has infringed the '712 patent;

B. A judgment that Telestream has infringed the '118 patent;

C. A judgment that Telestream has infringed the '005 patent;

D. A judgment that Uniloc be awarded damages adequate to compensate it for Telestream's past infringement and any continuing or future infringement of the '712 patent, the '118 patent and the '005 patent, including pre-judgment and post-judgment interest costs and disbursements as justified under 35 U.S.C. § 284 and an accounting;

E. That this be determined to be an exceptional case under 35 U.S.C. § 285;

F. That Uniloc be granted its reasonable attorneys' fees in this action;

G. That this Court award Uniloc its costs; and

H. That this Court award Uniloc such other and further relief as the Court deems proper.

**DEMAND FOR JURY TRIAL**

Uniloc demands trial by jury for all issues so triable.

DATED: January 30, 2019

Respectfully submitted,

OF COUNSEL:

M. Elizabeth Day
David Alberti
Sal Lim
Marc Belloli
**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel: 650.618.4360
Fax: 650.618.4368
eday@feinday.com
dalberti@feinday.com
slim@feinday.com
mbelloli@feinday.com

**FARNAN LLP**

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
phone 302-777-0300
fax 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for*
Uniloc 2017 LLC